# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

———————

No. 10-3735

———————

C.J. Stewart; Benjamin Darden,    *
                                  *
                Plaintiffs,       *
                                  *
Shyheim Deen El-Mu'min, also      *
known as James Lenoir,            *
                                  *
                Appellant,        *
                                  *
        v.                        *   Appeal from the United States
                                  *   District Court for the
Larry Crawford; Dave Dormire;     *   Western District of Missouri.
A Woods; Bruce Galloway; Tom      *
Clements; M Ortbals; Jay Cassady; *   [UNPUBLISHED]
W Friesen, Sgt; - Walling, Lt;    *
- Ruppell; Lisa Jones; Debra Reed; *
David Webster; Enloe; Branson;    *
MO Dept. of Corrections,          *
                                  *
                Appellees.        *

———————

Submitted: October 4, 2011
    Filed:  October 7, 2011

———————

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

———————

PER CURIAM.

Missouri inmate Shyheim El-Mu'min appeals the district court's[1] grant of a partial directed verdict to defendants and the judgment for defendants on the jury verdict in his 42 U.S.C. § 1983 action. We cannot review these rulings, however, because El-Mu'min did not provide a trial transcript and did not ask this court to prepare a transcript at government expense. See Fed. R. App. P. 10(b); Schmid v. United Bhd. of Carpenters & Joiners, 827 F.2d 384, 386 (8th Cir. 1987) (per curiam) (appellant's failure to provide transcript makes it impossible to review evidence presented at trial).

Accordingly, the judgment is affirmed.

———————————————

[1]The Honorable Matt J. Whitworth, United States Magistrate Judge for the Western District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).